# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00415-CV

**Damian Mandola and Trina Mandola, Appellants**

**v.**

**Stanley M. Duchman; Lisa Duchman; DuchMandola, Ltd.;
and Capital Farm Credit, FLCA, Appellees**

**FROM THE DISTRICT COURT OF HAYS COUNTY, 207TH JUDICIAL DISTRICT
NO. 10-0226, HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellants have filed a motion to dismiss their appeal of a post judgment protective order obtained by appellees Stanley M. Duchman, Lisa Duchman, and DuchMandola, Ltd. Appellants state that the parties have modified the protective order and all matters involved in the appeal have been resolved. Appellants further certify that they have conferred with appellees Stanley M. Duchman, Lisa Duchman, and DuchMandola, Ltd., and that they do not oppose this motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Rose, and Goodwin

Dismissed on Appellants' Motion

Filed:   August 10, 2011